MCGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S-99-168 GEB |
| Plaintiff, | ) | |
| v. | ) | MOTION TO DISMISS |
| RAUL FERNANDEZ, | ) | INDICTMENT AND ARREST WARRANT |
| Defendant. | ) | |

Plaintiff United States of America, by and through its undersigned counsel, pursuant to Fed. R. Crim. P. 48(a), moves to dismiss the indictment and arrest warrant filed against defendant Raul Fernandez on May 13, 1999.  The government has been notified that defendant, who had been a fugitive, died on April 3, 2006. Accordingly, the government moves to dismiss the indictment and arrest warrant in the above-entitled action.

DATED: July 24, 2006                           MCGREGOR W. SCOTT
                                               United States Attorney


                                               /s/ Laura L. Ferris
                                    By:    _____
                                               LAURA L. FERRIS
                                               Assistant U.S. Attorney

1

<u>ORDER</u>

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment and arrest warrant filed against Raul Fernandez, on May 13, 1999, be and are hereby DISMISSED.

IT IS SO ORDERED.

Dated:   July 24, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge